# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00423-CV

**Wise Choice, Inc., Appellant**

**v.**

**Unitrin Property and Casualty Insurance Group, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 267,070, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed an unopposed motion to dismiss its appeal advising that it no longer desires to pursue this appeal.

The motion is granted and the appeal is dismissed.  Tex. R. App. P. 42.1(a)(2).

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant's Motion

Filed:   August 29, 2003